### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| **IANA RODIONOVA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **Civil Action No. 4:25-cv-00768-O-BP** |
| | § | |
| **TURKISH AIRLNES INC, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Defendant Turk Hava Yollari, A.O. d/b/a Turkish Airlines' Motion to Set Aside the Court's Entry of Default (ECF No. 32) and **DENIES** Plaintiff's Motions for Default Judgment against such defendant (ECF Nos. 26, 42) and her Amended Motion to Deem Service Sufficient (ECF No. 56).

**SO ORDERED** on this **30th day** of **April 2026**.

_____
Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE