**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IANA RODIONOVA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:25-cv-00768-O-BP** |
| | § | |
| **TURKISH AIRLNES INC,** *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that Plaintiff's Motions (ECF Nos. 59, 65) are **DENIED**, Defendants' Motions (ECF Nos. 24, 74) are **GRANTED**, and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**SO ORDERED** on this **22nd day** of **July 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**